130 P.3d 1080

# INTERMEDIATE COURT OF APPEALS OF HAWAI'I

**March 9, 2006**

| | | |
|---|---|---|
| 25977 | Bank of Honolulu v. Walker | Affirmed |

**March 10, 2006**

| | | |
|---|---|---|
| 26373 | State v. Ahuna | Affirmed |

**March 14, 2006**

| | | |
|---|---|---|
| 24000 | Lau v. Lopez; Lopez v. Lopez | Affirmed and Remanded |

**March 15, 2006**

| | | |
|---|---|---|
| 26511 | State v. Hoff | Affirmed |

**March 16, 2006**

| | | |
|---|---|---|
| 26165 | Ross v. Ross | Affirmed |

**March 17, 2006**

| | | |
|---|---|---|
| 27038 | Camerlingo v. Kim | Affirmed |
| 27230 | Puuohau v. Meyer | Affirmed |
| 27006 | State v. Hoopai | Affirmed |

**March 20, 2006**

| | | |
|---|---|---|
| 27165 | State v. Sax | Affirmed |

**March 23, 2006**

| | | |
|---|---|---|
| 26504 | State v. Misuraca | Affirmed |
| 26505 | State v. Misuraca | Affirmed |
| 26510 | State v. Misuraca | Affirmed |

**March 24, 2006**

| | | |
|---|---|---|
| 26876 | McRae v. State | Affirmed |
| 26878 | McRae v. State | Affirmed |